# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1535
LT Case No. 16-2023-CF-11385-A

_____

JAELIN IEON LEROY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm,
LCC, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

June 23, 2026


PER CURIAM.

   AFFIRMED.

LAMBERT, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____